# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| In re: | § | |
|---|---|---|
| | § | |
| MOGAVERO, JOSEPH P. | § | Case No. 07-24528 |
| MOGAVERO, CATHERINE A. | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 12/30/2007 . The undersigned trustee was appointed on 12/30/2007 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---|
| 4. The trustee realized gross receipts of | $ | 33,944.50 |

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 91.23 |
| Bank service fees | 170.67 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]    $ | 33,682.60 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 04/29/2008 and the deadline for filing governmental claims was 04/29/2008 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 4,144.45 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 4,144.45 , for a total compensation of $ 4,144.45 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 7.79 , for total expenses of $ 7.79 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 02/18/2012         By:/s/BRENDA PORTER HELMS, TRUSTEE
                         Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) (Page 2)

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page 1
Exhibit A

| Case No: | 07-24528 SQU  Judge: JOHN SQUIRES |
|---|---|
| Case Name: | MOGAVERO, JOSEPH P. |
| | MOGAVERO, CATHERINE A. |
| For Period Ending: | 02/18/12 |

| Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|
| Date Filed (f) or Converted (c): | 12/30/07 (f) |
| 341(a) Meeting Date: | 02/19/08 |
| Claims Bar Date: | 04/29/08 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 35 E CONGRESS VILLA PARK, IL 60181 | 255,000.00 | 0.00 | | 33,900.00 | FA |
| 2. CHECKING ACCOUNT - AMERIMARK (ZERO BALANCE) | 0.00 | 0.00 | DA | 0.00 | FA |
| 3. LIVING ROOM FURNITURE, 2 BEDROOM SETS, BASEMENT FU | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 4. MEN'S AND WOMEN'S CLOTHING | 200.00 | 0.00 | DA | 0.00 | FA |
| 5. ANTICIPATED TAX RETURN FOR TAX YEAR 2007 | 0.00 | 0.00 | DA | 0.00 | FA |
| 6. 2006 MERCURY MARQUIS 29,000 MILES | 12,025.00 | 0.00 | DA | 0.00 | FA |
| 7. Post-Petition Interest Deposits (u) | Unknown | N/A | | 44.50 | Unknown |

TOTALS (Excluding Unknown Values)  $268,225.00  $0.00  $33,944.50

Gross Value of Remaining Assets
$0.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action

Trustee is reviewing claims and preparing TFR

Initial Projected Date of Final Report (TFR): 12/30/09    Current Projected Date of Final Report (TFR): 05/30/12

/s/  BRENDA PORTER HELMS, TRUSTEE
_____  Date: 02/18/12
BRENDA PORTER HELMS, TRUSTEE

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page 1

**Exhibit B**

| Case No.: | 07-24528 -SQU |
| Case Name: | MOGAVERO, JOSEPH P. |
| | MOGAVERO, CATHERINE A. |
| Taxpayer ID No: | *******1626 |
| For Period Ending: | 02/18/12 |

| Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******7530 Money Market - Interest Bearing |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/19/08 | 1 | First Suburban National Bank 2100 W. Roosevelt Rd Broadview IL. | debtors equity in residence | 1110-000 | 33,900.00 | | 33,900.00 |
| 06/30/08 | 7 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 1.10 | | 33,901.10 |
| 07/31/08 | 7 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 4.31 | | 33,905.41 |
| 08/29/08 | 7 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 4.30 | | 33,909.71 |
| 09/30/08 | 7 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 4.18 | | 33,913.89 |
| 10/31/08 | 7 | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 3.29 | | 33,917.18 |
| 11/28/08 | 7 | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 2.77 | | 33,919.95 |
| 12/31/08 | 7 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 1.71 | | 33,921.66 |
| 01/30/09 | 7 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.28 | | 33,921.94 |
| 02/06/09 | 000101 | International Sureties Ltd | trustee bond | 2300-000 | | 36.69 | 33,885.25 |
| 02/27/09 | 7 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.26 | | 33,885.51 |
| 03/31/09 | 7 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.30 | | 33,885.81 |
| 04/30/09 | 7 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.74 | | 33,886.55 |
| 05/29/09 | 7 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.86 | | 33,887.41 |
| 06/30/09 | 7 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.84 | | 33,888.25 |
| 07/31/09 | 7 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.86 | | 33,889.11 |
| 08/31/09 | 7 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.86 | | 33,889.97 |
| 09/30/09 | 7 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.84 | | 33,890.81 |
| 10/30/09 | 7 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.86 | | 33,891.67 |
| 11/30/09 | 7 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.84 | | 33,892.51 |
| 12/31/09 | 7 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.86 | | 33,893.37 |
| 01/29/10 | 7 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.86 | | 33,894.23 |
| 02/26/10 | 7 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.78 | | 33,895.01 |
| 03/06/10 | 000102 | International Sureties Ltd 701 Polydras St. #420 New Orleans LA 70139 | bond premium | 2300-000 | | 28.77 | 33,866.24 |

Page Subtotals   33,931.70   65.46

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 07-24528 -SOU | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE | | | Exhibit B |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Case Name: | MOGAVERO, JOSEPH P. | | Bank Name: | BANK OF AMERICA, N.A. | | | Page 2 |
| | MOGAVERO, CATHERINE A | | Account Number / CD #: | *******7530 Money Market - Interest Bearing | | | |
| Taxpayer ID No: | *******1626 | | Blanket Bond (per case limit): | $ 5,000,000.00 | | | |
| For Period Ending: | 02/18/12 | | Separate Bond (if applicable): | | | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/31/10 | 7 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.87 | | 33,867.11 |
| 05/28/10 | 7 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.84 | | 33,867.95 |
| 06/30/10 | 7 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.86 | | 33,868.81 |
| 07/30/10 | 7 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.84 | | 33,869.65 |
| 08/31/10 | 7 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.86 | | 33,870.51 |
| 09/30/10 | 7 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.87 | | 33,871.38 |
| 10/29/10 | 7 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.84 | | 33,872.22 |
| 11/30/10 | 7 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.86 | | 33,873.08 |
| 12/31/10 | 7 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.84 | | 33,873.92 |
| 01/31/11 | 7 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.86 | | 33,874.78 |
| 02/19/11 | 000103 | International Sureties 701 Polydras St. #420 New Orleans LA 70139 | 2011 - 2012 bond payment | 2300-000 | | 25.77 | 33,849.87 |
| 02/28/11 | 7 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.26 | | 33,850.13 |
| 03/31/11 | 7 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.29 | | 33,850.42 |
| 04/29/11 | 7 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.27 | | 33,850.69 |
| 05/31/11 | 7 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.30 | | 33,850.99 |
| 06/30/11 | 7 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.28 | | 33,851.27 |
| 07/29/11 | 7 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.28 | | 33,851.55 |
| 08/31/11 | 7 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.30 | | 33,851.85 |
| 09/30/11 | 7 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.28 | | 33,852.13 |
| 10/31/11 | 7 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.29 | | 33,852.42 |
| 11/30/11 | 7 | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 43.13 | 33,809.29 |
| 11/30/11 | | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.28 | | 33,809.57 |
| 12/30/11 | 7 | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 41.68 | 33,767.89 |
| 12/30/11 | | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.28 | | 33,768.17 |
| 01/30/12 | 7 | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 41.63 | 33,726.54 |
| 01/31/12 | 7 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.29 | | 33,726.83 |
| | | | Page Subtotals | | 12.80 | 152.21 | |

UST Form 101-7-TFR (5/1/2011) (Page 5)    Ver. 16.05c

FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page 3
Exhibit B

| Case No. | 07-24528 -SQU |
| --- | --- |
| Case Name: | MOGAVERO, JOSEPH P. |
| | MOGAVERO, CATHERINE A. |
| Taxpayer ID No: | *******1626 |
| For Period Ending: | 02/18/12 |

| Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| --- | --- |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******7530 Money Market - Interest Bearing |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 44.23 | 33,682.60 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 33,944.50 | 261.90 | 33,682.60 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 33,944.50 | 261.90 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 33,944.50 | 261.90 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Money Market - Interest Bearing - ********7530 | 33,944.50 | 261.90 | 33,682.60 |
| | 33,944.50 | 261.90 | 33,682.60 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

/s/   BRENDA PORTER HELMS, TRUSTEE
Trustee's Signature: _____ Date: 02/18/12
BRENDA PORTER HELMS, TRUSTEE

Page Subtotals    0.00    44.23

LFORM24 UST Form 101-7-TFR (5/1/2011) (Page 6)

Ver: 16.05c

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 07-24528
Case Name: MOGAVERO, JOSEPH P.
          MOGAVERO, CATHERINE A.
Trustee Name: BRENDA PORTER HELMS, TRUSTEE

| Balance on hand | $ | 33,682.60 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BRENDA PORTER HELMS, TRUSTEE | $ 4,144.45 | $ 0.00 | $ 4,144.45 |
| Trustee Expenses: BRENDA PORTER HELMS, TRUSTEE | $ 7.79 | $ 0.00 | $ 7.79 |
| Other: International Sureties | $ 25.77 | $ 25.77 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses    $    4,152.24
Remaining Balance                                         $    29,530.36

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

UST Form 101-7-TFR (5/1/2011) (Page: 7)

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 75,340.83 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 39.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | TARGET NATIONAL BANK | $ 11,851.73 | $ 0.00 | $ 4,645.37 |
| 000002 | CHASE BANK USA | $ 7,964.60 | $ 0.00 | $ 3,121.78 |
| 000003 | LVNV Funding LLC its successors and assigns as | $ 4,833.84 | $ 0.00 | $ 1,894.66 |
| 000004 | LVNV Funding LLC its successors and assigns as | $ 3,920.27 | $ 0.00 | $ 1,536.58 |
| 000005 | LVNV Funding LLC its successors and assigns as | $ 11,919.48 | $ 0.00 | $ 4,671.92 |
| 000006 | Discover Bank/DFS Services LLC | $ 14,192.00 | $ 0.00 | $ 5,562.65 |
| 000007 | American Express Bank FSB | $ 9,058.84 | $ 0.00 | $ 3,550.68 |
| 000008 | eCAST Settlement Corporation assignee of | $ 11,600.07 | $ 0.00 | $ 4,546.72 |

Total to be paid to timely general unsecured creditors      $        29,530.36

Remaining Balance      $         0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

UST Form 101-7-TFR (5/1/2011) (Page: 9)