# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: §
§
MOGAVERO, JOSEPH P. § Case No. 07-24528
MOGAVERO, CATHERINE A. §
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BRENDA PORTER HELMS, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
                CLERK OF COURT
                219 S. DEARBORN STREET
                CHICAGO IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 04/27/2012 in Courtroom 4016,
                DuPage Judicial Center
                505 N. County Farm Road
                Wheaton IL 60187
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 03/29/2012           By: Clerk of Court

*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| In re: | § | |
| --- | --- | --- |
| | § | |
| MOGAVERO, JOSEPH P. | § | Case No. 07-24528 |
| MOGAVERO, CATHERINE A. | § | |
| | § | |
| Debtor(s) | § | |

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
| --- | --- | --- |
| The Final Report shows receipts of | $ | 33,944.77 |
| and approved disbursements of | $ | 261.90 |
| leaving a balance on hand of[1] | $ | 33,682.87 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
| --- | --- | --- | --- |
| Trustee Fees: BRENDA PORTER HELMS, TRUSTEE | $ 4,144.48 | $ 0.00 | $ 4,144.48 |
| Trustee Expenses: BRENDA PORTER HELMS, TRUSTEE | $ 7.79 | $ 0.00 | $ 7.79 |
| Other: International Sureties | $ 25.77 | $ 25.77 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 4,152.27 |
| Remaining Balance | | $ | 29,530.60 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 75,340.83  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 39.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | TARGET NATIONAL BANK | $ 11,851.73 | $ 0.00 | $ 4,645.41 |
| 000002 | CHASE BANK USA | $ 7,964.60 | $ 0.00 | $ 3,121.81 |
| 000003 | LVNV Funding LLC its successors and assigns as | $ 4,833.84 | $ 0.00 | $ 1,894.67 |
| 000004 | LVNV Funding LLC its successors and assigns as | $ 3,920.27 | $ 0.00 | $ 1,536.59 |
| 000005 | LVNV Funding LLC its successors and assigns as | $ 11,919.48 | $ 0.00 | $ 4,671.96 |
| 000006 | Discover Bank/DFS Services LLC | $ 14,192.00 | $ 0.00 | $ 5,562.70 |
| 000007 | American Express Bank FSB | $ 9,058.84 | $ 0.00 | $ 3,550.70 |
| 000008 | eCAST Settlement Corporation assignee of | $ 11,600.07 | $ 0.00 | $ 4,546.76 |

Total to be paid to timely general unsecured creditors             $       29,530.60

Remaining Balance                                                  $            0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Brenda Porter Helms  
                              Trustee

*BRENDA PORTER HELMS, TRUSTEE*  
*3400 W. LAWRENCE AVENUE*  
*CHICAGO, IL 60625*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                      United States Bankruptcy Court
                       Northern District of Illinois
```

In re:                                                          Case No. 07-24528-DRC
Joseph P. Mogavero                                              Chapter 7
Catherine A. Mogavero
        Debtors

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: ccabrales            Page 1 of 2          Date Rcvd: Mar 29, 2012
                              Form ID: pdf006            Total Noticed: 17
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 31, 2012.
```
db/jdb       +Joseph P. Mogavero,    Catherine A. Mogavero,    35 E. Congress,    Villa Park, IL 60181-3230
aty          +The Helms Law Firm Pc,    The Helms Law Firm Pc,    3400 W Lawarence Ave,    Chicago, IL 60625-5104
11843364      American Express,    Box 0001,    Los Angeles, CA 90096-0001
12122036      American Express Bank FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
11843365      Cardmember Service,    P.O. Box 15153,    Wilmington, DE 19886-5153
11843366      Citi Cards,    PO Box 688914,    Des Moines, IA 50368-8914
11843367     +GC Services Limited Partnership,    6330 Gulfton,    Houston, TX 77081-1198
11843368      Retail Services,    PO Box 17264,    Baltimore, MD 21297-1264
11843369      Sears Credit Cards,    PO Box 183081,    Columbus, OH 43218-3081
11843370      Sears Gold Mastercard,    PO Box 6922,    The Lakes, NV 88901-6922
11921701      TARGET NATIONAL BANK,    C O WEINSTEIN AND RILEY, PS,    PO BOX 3978,    SEATTLE, WA 98124-3978
11843372      Union Plus Credit Card,    PO Box 17051,    Baltimore, MD 21297-1051
12132245      eCAST Settlement Corporation assignee of,    HSBC Bank Nevada and its Assigns,    POB 35480,
              Newark NJ 07193-5480
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
11969875     +E-mail/Text: bncmail@w-legal.com Mar 30 2012 02:22:37      CHASE BANK USA,
              C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
12118775      E-mail/PDF: mrdiscen@discoverfinancial.com Mar 30 2012 03:04:25
              Discover Bank/DFS Services LLC,    PO Box 3025,    New Albany, OH 43054-3025
11976050      E-mail/Text: resurgentbknotifications@resurgent.com Mar 30 2012 00:06:19
              LVNV Funding LLC its successors and assigns as,    assignee of Citibank,
              Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
11843373     +E-mail/Text: bnc@ursi.com Mar 30 2012 00:51:16      United Recovery Systems,    PO Box 722929,
              Houston, TX 77272-2929
                                                                                               TOTAL: 4
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11843371     ##Target National Bank,    PO Box 59317,    Minneapolis, MN 55459-0317
11843374     ##Washington Mutual,    PO Box 78065,    Phoenix, AZ 85062-8065
11843375     ##+Washington Mutual Bank,    PO Box 100576,    Florence, SC 29502-0576
                                                                                          TOTALS: 0, * 0, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 31, 2012**        **Signature:** _/s/ Joseph Speetjens_

```
District/off: 0752-1           User: ccabrales            Page 2 of 2               Date Rcvd: Mar 29, 2012
                               Form ID: pdf006            Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 29, 2012 at the address(es) listed below:

              Brenda Porter Helms    on behalf of Trustee Brenda Helms brenda.helms@albanybank.com
              Brenda Porter Helms    brenda.helms@albanybank.com, bhelms@ecf.epiqsystems.com
              Heather M Giannino    on behalf of Creditor   JP Morgan Chase Bank, National Association
               heathergiannino@hsbattys.com,   shellyhood@hsbattys.com;danacloe@hsbattys.com;bk4hsbm@gmail.com
              James J Burns    on behalf of Debtor Joseph Mogavero jburnsui@aol.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 5