UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
MOGAVERO, JOSEPH P. § Case No. 07-24528
MOGAVERO, CATHERINE A. §
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BRENDA PORTER HELMS, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $_____ (see **Exhibit 1**), minus funds paid to the debtor and third parties of $_____ (see **Exhibit 2**), yielded net receipts of $_____ from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter       on                    . The case was pending for     months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/BRENDA PORTER HELMS, TRUSTEE_____
                                                                                      Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| HELMS, BRENDA PORTER | | | | | |
| HELMS, BRENDA PORTER | | | | | |
| INTERNATIONAL SURETIES LTD | | | | | |
| INTERNATIONAL SURETIES LTD | | | | | |
| SURETIES, INTERNATIONAL | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Cardmember Service | | | | | |
| | Retail Services | | | | | |
| | Sears Credit Cards | | | | | |
| | Sears Gold Mastercard | | | | | |
| | Sears Gold Mastercard | | | | | |
| | Union Plus Credit Card | | | | | |
| 000007 | AMERICAN EXPRESS BANK FSB | | | | | |
| 000002 | CHASE BANK USA | | | | | |
| 000006 | DISCOVER BANK/DFS SERVICES LLC | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000008 | ECAST SETTLEMENT CORPORATION ASSIGN | | | | | |
| 000003 | LVNV FUNDING LLC ITS SUCCESSORS AND | | | | | |
| 000004 | LVNV FUNDING LLC ITS SUCCESSORS AND | | | | | |
| 000005 | LVNV FUNDING LLC ITS SUCCESSORS AND | | | | | |
| 000001 | TARGET NATIONAL BANK | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 07-24528 | Judge: JOHN SQUIRES | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | MOGAVERO, JOSEPH P. | | Date Filed (f) or Converted (c): | 12/30/07 (f) |
| | MOGAVERO, CATHERINE A. | | 341(a) Meeting Date: | 02/19/08 |
| For Period Ending: | 06/19/12 | | Claims Bar Date: | 04/29/08 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 35 E. CONGRESS VILLA PARK, IL 60181 | 255,000.00 | 0.00 | | 33,900.00 | FA |
| 2. CHECKING ACCOUNT - AMERIMARK (ZERO BALANCE) | 0.00 | 0.00 | DA | 0.00 | FA |
| 3. LIVING ROOM FURNITURE, 2 BEDROOM SETS, BASEMENT FU | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 4. MEN'S AND WOMEN'S CLOTHING | 200.00 | 0.00 | DA | 0.00 | FA |
| 5. ANTICIPATED TAX RETURN FOR TAX YEAR 2007 | 0.00 | 0.00 | DA | 0.00 | FA |
| 6. 2006 MERCURY MARQUIS 29,000 MILES | 12,025.00 | 0.00 | DA | 0.00 | FA |
| 7. Post-Petition Interest Deposits (u) | Unknown | N/A | | 45.30 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values) $268,225.00 $0.00 $33,945.30 $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee is reviewing claims and preparing TFR

Initial Projected Date of Final Report (TFR): 12/30/09      Current Projected Date of Final Report (TFR): 05/30/12

LFORM1

UST Form 101-7-TDR (5/1/2011) *(Page: 7)*

Ver: 16.06b

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 07-24528 -SQU | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | MOGAVERO, JOSEPH P. | | Bank Name: | BANK OF AMERICA, N.A. |
| | MOGAVERO, CATHERINE A. | | Account Number / CD #: | *******7530 Money Market - Interest Bearing |
| Taxpayer ID No: | *******1626 | | | |
| For Period Ending: | 06/19/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | | | 0.00 |
| 06/19/08 | | First Suburban National Bank 2100 W. Roosevelt Rd Broadview IL | debtors equity in residence | 33,900.00 | | | | | 33,900.00 |
| 06/19/08 | 1 | Asset Sales Memo: | 35 E. CONGRESS VILLA PARK, IL 60181 $33,900.00 | | | | | | 33,900.00 |
| 06/30/08 | 7 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | | 1.10 | | | | 33,901.10 |
| 07/31/08 | 7 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | | 4.31 | | | | 33,905.41 |
| 08/29/08 | 7 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | | 4.30 | | | | 33,909.71 |
| 09/30/08 | 7 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | | 4.18 | | | | 33,913.89 |
| 10/31/08 | 7 | BANK OF AMERICA, N.A. | Interest Rate 0.100 | | 3.29 | | | | 33,917.18 |
| 11/28/08 | 7 | BANK OF AMERICA, N.A. | Interest Rate 0.100 | | 2.77 | | | | 33,919.95 |
| 12/31/08 | 7 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | | 1.71 | | | | 33,921.66 |
| 01/30/09 | 7 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | | 0.28 | | | | 33,921.94 |
| 02/06/09 | 000101 | International Sureties Ltd | trustee bond | | | 36.69 | | | 33,885.25 |
| 02/27/09 | 7 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | | 0.26 | | | | 33,885.51 |
| 03/31/09 | 7 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | | 0.30 | | | | 33,885.81 |
| 04/30/09 | 7 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | | 0.74 | | | | 33,886.55 |
| 05/29/09 | 7 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | | 0.86 | | | | 33,887.41 |
| 06/30/09 | 7 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | | 0.84 | | | | 33,888.25 |
| 07/31/09 | 7 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | | 0.86 | | | | 33,889.11 |
| 08/31/09 | 7 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | | 0.86 | | | | 33,889.97 |
| 09/30/09 | 7 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | | 0.84 | | | | 33,890.81 |
| 10/30/09 | 7 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | | 0.86 | | | | 33,891.67 |
| 11/30/09 | 7 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | | 0.84 | | | | 33,892.51 |
| 12/31/09 | 7 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | | 0.86 | | | | 33,893.37 |
| 01/29/10 | 7 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | | 0.86 | | | | 33,894.23 |
| 02/26/10 | 7 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | | 0.78 | | | | 33,895.01 |
| 03/06/10 | 000102 | International Sureties Ltd 701 Polydras St. #420 New Orleans LA 70139 | bond premium | | | 28.77 | | | 33,866.24 |

FORM 2      Page: 2

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 07-24528 -SQU |
| Case Name: | MOGAVERO, JOSEPH P. |
| | MOGAVERO, CATHERINE A. |
| Taxpayer ID No: | *******1626 |
| For Period Ending: | 06/19/12 |

| | |
|---|---|
| Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******7530 Money Market - Interest Bearing |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| 03/31/10 | 7 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | | 0.87 | | | | 33,867.11 |
| 04/30/10 | 7 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | | 0.84 | | | | 33,867.95 |
| 05/28/10 | 7 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | | 0.86 | | | | 33,868.81 |
| 06/30/10 | 7 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | | 0.84 | | | | 33,869.65 |
| 07/30/10 | 7 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | | 0.86 | | | | 33,870.51 |
| 08/31/10 | 7 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | | 0.87 | | | | 33,871.38 |
| 09/30/10 | 7 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | | 0.84 | | | | 33,872.22 |
| 10/29/10 | 7 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | | 0.86 | | | | 33,873.08 |
| 11/30/10 | 7 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | | 0.84 | | | | 33,873.92 |
| 12/31/10 | 7 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | | 0.86 | | | | 33,874.78 |
| 01/31/11 | 7 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | | 0.86 | | | | 33,875.64 |
| 02/19/11 | 000103 | International Sureties<br>701 Polydras St. #420<br>New Orleans LA 70139 | 2011 - 2012 bond payment | | | 25.77 | | | 33,849.87 |
| 02/28/11 | 7 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | | 0.26 | | | | 33,850.13 |
| 03/31/11 | 7 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | | 0.29 | | | | 33,850.42 |
| 04/29/11 | 7 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | | 0.27 | | | | 33,850.69 |
| 05/31/11 | 7 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | | 0.30 | | | | 33,850.99 |
| 06/30/11 | 7 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | | 0.28 | | | | 33,851.27 |
| 07/29/11 | 7 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | | 0.28 | | | | 33,851.55 |
| 08/31/11 | 7 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | | 0.30 | | | | 33,851.85 |
| 09/30/11 | 7 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | | 0.28 | | | | 33,852.13 |
| 10/31/11 | 7 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | | 0.29 | | | | 33,852.42 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | | | | -43.13 | | 33,809.29 |
| 11/30/11 | 7 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | | 0.28 | | | | 33,809.57 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | | | | -41.68 | | 33,767.89 |
| 12/30/11 | 7 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | | 0.28 | | | | 33,768.17 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | | | | -41.63 | | 33,726.54 |
| 01/31/12 | 7 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | | 0.29 | | | | 33,726.83 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | | | | -44.23 | | 33,682.60 |

LFORM2XT     **UST Form 101-7-TDR (5/1/2011)** *(Page: 9)*     Ver: 16.06b

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 07-24528 -SQU | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| --- | --- | --- | --- | --- |
| Case Name: | MOGAVERO, JOSEPH P. | | Bank Name: | BANK OF AMERICA, N.A. |
| | MOGAVERO, CATHERINE A. | | Account Number / CD #: | *******7530 Money Market - Interest Bearing |
| Taxpayer ID No: | *******1626 | | | |
| For Period Ending: | 06/19/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| 02/29/12 | 7 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | | 0.27 | | | | 33,682.87 |
| 03/30/12 | 7 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | | 0.28 | | | | 33,683.15 |
| 04/27/12 | 7 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | | 0.25 | | | | 33,683.40 |
| 04/27/12 | | Transfer to Acct #*******6300 | Final Posting Transfer | | | | | -33,683.40 | 0.00 |

| | Account *******7530 | | Balance Forward | 0.00 | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | 1 | Deposits | 33,900.00 | 3 | Checks | 91.23 |
| | | 47 | Interest Postings | 45.30 | 4 | Adjustments Out | 170.67 |
| | | | | | 1 | Transfers Out | 33,683.40 |
| | | | Subtotal | $ 33,945.30 | | | |
| | | | | | | Total | $ 33,945.30 |
| | | 0 | Adjustments In | 0.00 | | | |
| | | 0 | Transfers In | 0.00 | | | |
| | | | Total | $ 33,945.30 | | | |

LFORM2XT

UST Form 101-7-TDR (5/1/2011) (Page: 10)

Ver: 16.06b

FORM 2

Page: 4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 07-24528 -SQU | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | MOGAVERO, JOSEPH P. | | Bank Name: | BANK OF AMERICA, N.A. |
| | MOGAVERO, CATHERINE A. | | Account Number / CD #: | *******6300 Checking - Non Interest |
| Taxpayer ID No: | *******1626 | | | |
| For Period Ending: | 06/19/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | | | 0.00 |
| 04/27/12 | | Transfer from Acct #*******7530 | Transfer In From MMA Account | | | | | 33,683.40 | 33,683.40 |
| 05/05/12 | 001001 | Brenda Porter Helms | trustee compensation | | | 4,144.45 | | | 29,538.95 |
| 05/05/12 | 001002 | Brenda Porter Helms | Trustee expenses | | | 7.79 | | | 29,531.16 |
| 05/05/12 | 001003 | TARGET NATIONAL BANK<br>C O WEINSTEIN AND RILEY, PS<br>PO BOX 3978<br>SEATTLE, WA 98124-3978 | final distribution | | | 4,645.49 | | | 24,885.67 |
| 05/05/12 | 001004 | CHASE BANK USA<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | final distribution | | | 3,121.86 | | | 21,763.81 |
| 05/05/12 | 001005 | LVNV Funding LLC its successors and assigns as assignee of Citibank<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | final distribution | | | 1,894.71 | | | 19,869.10 |
| 05/05/12 | 001006 | LVNV Funding LLC its successors and assigns as assignee of Citibank<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | final distribution | | | 1,536.62 | | | 18,332.48 |
| 05/05/12 | 001007 | LVNV Funding LLC its successors and assigns as assignee of Citibank<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | final distribution | | | 4,672.05 | | | 13,660.43 |
| 05/05/12 | 001008 | Discover Bank/DFS Services LLC<br>PO Box 3025<br>New Albany, OH 43054-3025 | final distiribution | | | 5,562.80 | | | 8,097.63 |
| 05/05/12 | 001009 | American Express Bank FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | Final Distribution | | | 3,550.77 | | | 4,546.86 |

LFORM2XT

**UST Form 101-7-TDR (5/1/2011)** *(Page: 11)*

Ver: 16.06b

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 5

Exhibit 9

| Case No: | 07-24528 -SQU | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|
| Case Name: | MOGAVERO, JOSEPH P. | Bank Name: | BANK OF AMERICA, N.A. |
| | MOGAVERO, CATHERINE A. | Account Number / CD #: | *******6300  Checking - Non Interest |
| Taxpayer ID No: | *******1626 | | |
| For Period Ending: | 06/19/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| 05/05/12 | 001010 | eCAST Settlement Corporation assignee of HSBC Bank Nevada and its Assigns POB 35480 Newark NJ 07193-5480 | final distribution | | | 4,546.86 | | | 0.00 |

Account *******6300

| | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | |
| 0 Deposits | | 0.00 | 10 Checks | | 33,683.40 |
| 0 Interest Postings | | 0.00 | 0 Adjustments Out | | 0.00 |
| | Subtotal | $ 0.00 | 0 Transfers Out | | 0.00 |
| | | | Total | $ | 33,683.40 |
| 0 Adjustments In | | 0.00 | | | |
| 1 Transfers In | | 33,683.40 | | | |
| | Total | $ 33,683.40 | | | |

Report Totals

| | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | |
| 1 Deposits | | 33,900.00 | 13 Checks | | 33,774.63 |
| 47 Interest Postings | | 45.30 | 4 Adjustments Out | | 170.67 |
| | Subtotal | $ 33,945.30 | 1 Transfers Out | | 33,683.40 |
| | | | Total | $ | 67,628.70 |
| 0 Adjustments In | | 0.00 | | | |
| 1 Transfers In | | 33,683.40 | | | |
| | Total | $ 67,628.70 | Net Total Balance | $ | 0.00 |

  /s/    BRENDA PORTER HELMS, TRUSTEE
Trustee's Signature: _____ Date: 06/19/12
  BRENDA PORTER HELMS, TRUSTEE

LFORM2XT

UST Form 101-7-TDR (5/1/2011) (Page: 12)

Ver: 16.06b